NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**CATHERINE CHIARADONNA,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

―――――――――――

2022-1416

―――――――――――

Petition for review of the Merit Systems Protection Board in No. AT-1221-17-0069-W-6.

―――――――――――

**JUDGMENT**

―――――――――――

BRADLEY A. TOBIN, Tobin Law Group, PL, Tampa, FL, argued for petitioner.

DOMENIQUE GRACE KIRCHNER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent.  Also represented by BRIAN M. BOYNTON, ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (HUGHES, CUNNINGHAM, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 8, 2023                    /s/ Peter R. Marksteiner
Date                          Peter R. Marksteiner
                             Clerk of Court